

# PENNEY, MAIER & WALLACH

Attorneys and Counselors at Law

169 DELAWARE AVENUE

BUFFALO, NEW YORK 14202-2403

(716) 852-1835

FAX (716) 852-1857

MARK S. WALLACH

CHARLES P. PENNEY
1894 - 1967
THOMAS PENNEY
1896 - 1974
ROBERT E. MAIER
1921 - 2007

Receipt # 11090183 $12.26 MD

June 25, 2010

TO: Creditors of Hy-Grade Distributors, Inc., Debtor
Case No. 06-01229K
United States Bankruptcy Court
Western District of New York

Dear Sir or Madam:

I am the Trustee in the above-named Chapter 7 case.

Enclosed herewith please find your dividend check. This is the only dividend you should expect to receive in this case.

Very truly yours,

BY: Mark S. Wallach, Trustee

MSW:sn

Enclosure

# Claims Distribution Small Checks

Case: 06-01229 - HY-GRADE DISTRIBUTORS, INC.
Trustee: MARK S. WALLACH (521340)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920008936966 | 10357 | 06/25/10 | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $12.26 |
| | | | 30 | 08/24/06 | 610 | STRATE WELDING SUPPLY CO. | 31.41 | 31.41 | 4.83 | 4.83 |
| | | | 46 | 08/25/06 | 610 | HIGHLIGHT INDUSTRIES, INC | 17.82 | 17.82 | 2.74 | 2.74 |
| | | | 69 | 08/28/06 | 610 | ACO PU SUPPLIES INC | 30.50 | 30.50 | 4.69 | 4.69 |

FILED JUL -2 2010 BANKRUPTCY COURT BUFFALO, N.Y.

(*) Denotes objection to Amount Filed

Case 1-06-01229-MJK    Doc 392    Filed 07/02/10    Entered 07/07/10 13:53:19    Desc
Main Document    Page 2 of 2