11090655
11,865.32
9/30/10
JL

# MARK S. WALLACH
### Trustee in Bankruptcy

United States Bankruptcy Court  
Western District of New York  
 Telephone (716) 852-1835

169 Delaware Avenue  
Buffalo, New York 14202

September 28, 2010

United States Bankruptcy Court  
Western District of New York  
Olympic Towers  
300 Pearl Street, Suite 250  
Buffalo, NY 14202

Attention: Paul R. Warren, Clerk of the Court

FILED SEP 30 2010 BANKRUPTCY COURT BUFFALO, N.Y.

Re: Hy-Grade Distributors, Inc.  
BK NO. 06-01229  
Request to Deposit of Unclaimed Funds  
into the United States Treasury

Dear Mr. Warren:

    Enclosed herewith please find my Trustee check in the amount of $11,865.32. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed on the attached Stale Check Report, with the U.S. Treasury as "unclaimed funds".

    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

    Should you have any questions, please contact the undersigned.

Very truly yours,

BY: _____  
Mark S. Wallach, Trustee

sn

Enclosures

# Stale Check Report

**Trustee:** MARK S. WALLACH (521340)
**Case:** 06-01229 - HY-GRADE DISTRIBUTORS, INC.

| Account No. | Check No. | Issued | Payee | | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|
| 9200-00893696-66 | 10358 | 09/28/10 | Clerk, U.S. Bankruptcy Court | | | | | $11,865.32 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-00893696-66 | 57 | 10164 | 08/25/06 | 610 | CREST ELECTRONICS, INC.<br>1570 MAIN STREET<br>BUFFALO, NY 14209 | 784.80 | 784.80 | 120.68 | 120.68 |
| 9200-00893696-66 | 81 | 10185 | 08/28/06 | 610 | ORION PACKAGING INC.<br>100 CRESCENT<br>COLLIERVILLE, TN 38017 | 994.71 | 994.71 | 152.96 | 152.96 |
| 9200-00893696-66 | 99 | 10203 | 08/31/06 | 610 | ENVIRO-CLEAN PROFESSIONAL PRODUCTS, INC.<br>6295 E. MOLLOY ROAD<br>EAST SYRACUSE, NY 13057 | 122.39 | 122.39 | 18.82 | 18.82 |
| 9200-00893696-66 | 105 | 10208 | 09/01/06 | 610 | ROCKLAND INTERNATIONAL<br>12320 E SKELLY DR<br>TULSA, OK 74128 | 434.85 | 434.85 | 66.87 | 66.87 |
| 9200-00893696-66 | 147 | 10248 | 09/18/06 | 610 | TECHNICAL CONCEPTS L.P.<br>DEPT 77-5179<br>CHICAGO, IL 60678 | 23,759.65 | 23,759.65 | 3,653.66 | 3,653.66 |
| 9200-00893696-66 | 175 | 10275 | 10/16/06 | 610 | BUFF-PAC,INC.<br>200 URBAN STREET<br>BUFFALO, NY 14211-1533 | 27,705.45 | 27,705.45 | 4,260.42 | 4,260.42 |
| 9200-00893696-66 | 185 | 10285 | 10/23/06 | 610 | WAVERLY MINERALS INC<br>P O BOX 10237<br>ATLANTA, GA 30368 | 4,386.47 | 4,386.47 | 674.53 | 674.53 |
| 9200-00893696-66 | 218 | 10313 | 11/20/06 | | Globe Metallurgical Inc. Creditor Trust, Morton C. Batt, Trustee,c/o Timothy T. Brock, Esq.,230 Park Avenue<br>New York, NY 10169 | 2,185.23 | 2,185.23 | 336.04 | 336.04 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.

# Stale Check Report

**Trustee:** MARK S. WALLACH (521340)
**Case:** 06-01229 - HY-GRADE DISTRIBUTORS, INC.

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-00893696-66 | 237 | 10329 | 12/20/06 | 610 | EAGLE FLOORCARE INC.<br>119 EAGLE LANE<br>ADAIRSVILLE, GA 30103 | 7,381.54 | 7,381.54 | 1,135.10 | 1,135.10 |
| 9200-00893696-66 | 246 | 10337 | 12/20/06 | 610 | Alpha Shirt Co.<br>6 Neshaminy Interplex<br>6th Floor<br>Trevose, PA 19053 | 1,006.91 | 1,006.91 | 154.84 | 154.84 |
| 9200-00893696-66 | 250 | 10341 | 12/20/06 | 610 | United Flexible Packaging<br>c/o GMAC Commercial Finance<br>1290 Avenue of the Americas<br>New York, NY 10104 | 1,646.65 | 1,646.65 | 253.21 | 253.21 |
| 9200-00893696-66 | 253 | 10344 | 12/20/06 | 610 | Sofco-Mead II<br>P.O. Box 2265<br>Schenectady, NY 12301-2265 | 424.00 | 424.00 | 65.20 | 65.20 |
| 9200-00893696-66 | 255 | 10346 | 12/20/06 | 610 | Home Depot Credit Service<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | 1,190.83 | 1,190.83 | 183.12 | 183.12 |
| 9200-00893696-66 | 258 | 10348 | 12/20/06 | 610 | Panasonic Consumer<br>One Panasonic Way<br>Secaucus, NJ 07094 | 212.27 | 212.27 | 32.64 | 32.64 |
| 9200-00893696-66 | 269 | 10356 | 06/09/08 | 610 | Wholesale & Retail Workers' Compensation<br>Trust of NY<br>2515 South Road<br>Poughkeepsie, NY 12601 | 4,924.28 | 4,924.28 | 757.23 | 757.23 |

(*) Denotes objection to Amount Filed  (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.